NO. 07-10-0138-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

APRIL 16, 2010

_____

CHRISTOPHER ELLIS FORTUNE,

Appellant

v.

THE STATE OF TEXAS,

Appellee
_____

FROM THE 19TH DISTRICT COURT OF McLENNAN COUNTY;

NO. 2008-1253-C1; HON. RALPH T. STROTHER, PRESIDING
_____

*On Motion to Dismiss*
_____

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Appellant Christopher Ellis Fortune, by and through his attorney, has filed a motion to dismiss his appeal because he no longer desires to prosecute it. Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith. Do not publish.                                              Per Curiam